IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| David Melvin, individually and on behalf of others similarly situated,<br><br>          Plaintiff(s),<br><br>   v.<br><br>Sequencing, LLC, a California limited liability company,<br><br>          Defendant. | Case No.<br><br>Assigned to Hon. |

## **DECLARATION OF BRANDON COLBY**

1. I, Brandon Colby, declare:

2. I am a resident of Los Angeles County, California. I am the Chief Executive Officer of Big Data Arts, LLC, a South Dakota limited liability company ("BDA"). The principal offices of BDA are in Los Angeles County, California.

3. I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness, I could and would testify competently as follows.

4. BDA, doing business as sequencing.com, is the owner of the Website at issue in this lawsuit. It is my understanding that Plaintiff erroneously sued Sequencing LLC as the defendant in this case.

5. BDA agrees that the putative class numbers set forth in the complaint exceed 100 based on the criteria of the class set forth therein.

6. BDA does not have any corporate offices nor is its principal place of business in the State of Illinois. BDA is not now, and was not at the time the original Complaint was filed, a citizen of the State of Illinois.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this  15  day of April, 2021, at  Los Angeles         , California.

By: _____
Brandon Colby

# CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2021, I caused a copy of the foregoing **DECLARATION OF BRANDON COLBY** to be served upon counsel in the manner described below:

VIA OVERNIGHT DELIVERY AND ELECTRONIC DELIVERY (EMAIL):

Jay Edelson (jedelson@edelson.com)
Benjamin H. Richman (brichman@edelson.com)
Michael W. Ovca (movca@edelson.com)
Edelson PC
350 North LaSalle St., 14th Floor
Chicago, Illinois 60654
*Counsel for Plaintiff*


Service was made by electronic delivery (email) on April 23, 2021. The email addressed I used for delivery was the same as listed by counsel for Plaintiff in that case.

Service was also made by overnight delivery on April 23, 2021. The address used for Melvin's counsel is the same address set forth in the Complaint. This pleading was placed in an envelope for collection and overnight delivery at a regularly used FedEx office.

I declare under the penalty of perjury of the laws of the United States of America and the State of Illinois that this Certificate of Service is correct, and executed on April 23, 2021.


*/s/ Craig B. Garner*
Craig B. Garner
Attorneys for Defendant