IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| David Melvin, individually and on behalf of others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>Sequencing, LLC, a California limited liability company,<br><br>Defendant. | Case No. 1:21-cv-02194<br><br>Honorable Elaine E. Bucklo |

## STIPULATION RE: EXTENSION FOR DEFENDANT TO ANSWER THE COMPLAINT; [PROPOSED] ORDER (FILED CONCURRENTLY)

Defendant Big Data Arts, LLC[1] ("Defendant") one the one hand, and Plaintiff David Melvin ("Plaintiff") on the other, by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on April 23, 2021, Defendant removed this action from the Circuit Court of Cook County, Illinois to the United States District Court, Northern District of Illinois [ECF No. 1].

---

[1] Counsel for the Parties are cooperating to correct the name of defendant in this action. For purposes of this Stipulation, any change in the name of Defendant shall not impact the litigation or necessitate the inclusion of additional parties on this issue.

**STIPULATION RE: EXTENSION FOR DEF. TO ANSWER THE COMPLAINT**
PAGE 1

**WHEREAS**, on May 28, 2021, Defendant filed a Motion to Compel Arbitration [ECF No. 9].

**WHEREAS**, on August 9, 2021, the Hon. Elaine E. Bucklo issued a Memorandum Opinion and Order denying Defendant's motion and ordering the parties "to engage in expedited discovery limited to the issue of contract formation, at the conclusion of which they shall file a status report indicating whether a motion for summary judgement is appropriate on this issue, or whether they intend to proceed directly to trial." [ECF No. 18, p. 8.]

**WHEREAS**, consistent with the Court's Memorandum Opinion and Order, the parties submitted a Joint Scheduling Order, within which the Parties agreed to file a joint status report on or before December 3, 2021, consistent with this Court's instructions. [ECF No. 19, ¶ 3.]

[STIPULATION CONTINUED ON NEXT PAGE]

**THEREFORE**, Defendant and Plaintiff agree that that the deadline for Defendant to Answer the Complaint is extended, and unless instructed otherwise by this Court, Defendant shall file an Answer to the Complaint on or before December 10, 2021.

**IT IS SO STIPULATED.**

Dated: August 20, 2021

Respectfully Submitted,

By: */s/ Craig B. Garner*
Craig B. Garner (ILND No. 451427)
GARNER HEALTH LAW CORPORATION
13274 Fiji Way, Suite 250
Marina del Rey, CA 90292
Tel. (310) 458-1560
Fax. (310) 694-9025
Email: craig@garnerhealth.com

By: */s/ Joshua L. Harris*
Lisa M. Noller (ARDC No. 6229957)
Joshua L. Harris (ARDC No. 6331095)
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Tel. (312) 832-4500
Fax. (312) 832-4700
Email: lnoller@foley.com
jlharris@foley.com

*Attorneys for Defendant BIG DATA ARTS, LLC, doing business as Sequencing.com (erroneously named as Sequencing, LLC)*

[SIGNATURES CONTINUED ON NEXT PAGE]

**STIPULATION RE: EXTENSION FOR DEF. TO ANSWER THE COMPLAINT**

By: /s/ Michael W. Ovca (authorized)
Benjamin H. Richardson
    brichma@edelson.com
Roger Perlstadt
    rperlstadt@edelson.com
Michael W. Ovca
    movca@edelson.com
EDELSON PC
350 N. LaSalle Street, 14th Floor
Chicago, IL 60654
Tel. (312) 561-4106
Fax. (312) 312-589-6378

*Attorneys for Plaintiff David Melvin*

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2021, I caused a copy of the foregoing

# **STIPULATION RE: EXTENSION FOR DEFENDANT TO ANSWER THE COMPLAINT**

to be served upon counsel in the manner described below:

Participants in the case who are registered CM/ECF users will be served by the Northern District of Illinois CM/ECF system.

Jay Edelson (jedelson@edelson.com)
Benjamin H. Richman (brichman@edelson.com)
Michael W. Ovca (movca@edelson.com)
Edelson PC
350 North LaSalle St., 14th Floor
Chicago, Illinois 60654
*Counsel for Plaintiff*


*/s/ Craig B. Garner*
Craig B. Garner
Attorneys for Defendant