IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| David Melvin, individually and on behalf of others similarly situated,<br><br>    Plaintiff(s),<br><br>  v.<br><br>Sequencing, LLC, a California limited liability company,<br><br>    Defendant. | Case No. 1:21-cv-02194<br><br>Honorable Elaine E. Bucklo |

# [PROPOSED] ORDER ON STIPULATION RE: EXTENSION FOR DEFENDANT TO ANSWER THE COMPLAINT

This Court, having reviewed the Stipulation Re: Extension for Defendant to Answer the Complaint (the "Stipulation"), and good cause appearing therefore, hereby **GRANTS** the Stipulation. Defendant's Answer to the Complaint in this action shall be due on or before December 10, 2021, unless instructed otherwise by this Court.

**IT IS SO ORDERED**.

DATE: _____

Hon. Elaine E. Bucklo
United States District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2021, I caused a copy of the foregoing

**[PROPOSED] ORDER ON STIPULATION RE: EXTENSION FOR DEFENDANT TO ANSWER THE COMPLAINT**

to be served upon counsel in the manner described below:

Participants in the case who are registered CM/ECF users will be served by the Northern District of Illinois CM/ECF system.

Jay Edelson (jedelson@edelson.com)
Benjamin H. Richman (brichman@edelson.com)
Michael W. Ovca (movca@edelson.com)
Edelson PC
350 North LaSalle St., 14th Floor
Chicago, Illinois 60654
*Counsel for Plaintiff*

*/s/ Craig B. Garner*
Craig B. Garner
Attorneys for Defendant