# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Melvin
        Plaintiff,

v.                                        Case No.: 1:21−cv−02194
                                                      Honorable Elaine E. Bucklo

Big Data Arts LLC
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 25, 2024:

        MINUTE entry before the Honorable Elaine E. Bucklo: Pursuant to the notice of settlement, parties report that they have reached a settlement in principle. Joint motion to stay [98] is granted. Pending settlement discussions, this case is stayed until further order of the court. All previously set dates and deadlines are stricken. Status hearing is set for 11/7/2024 at 9:45 a.m. (to track the case only, no appearance is required). The parties shall file a joint written status report by 11/1/2024. The court will enter a scheduling order in response to the status report. If a stipulation to dismiss is submitted in advance of that date, no appearance is required. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.