# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

David Melvin  
                Plaintiff,

v.                                       Case No.: 1:21−cv−02194  
                                                Honorable Elaine E. Bucklo

Big Data Arts LLC  
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 27, 2025:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff' motion for and memorandum in support of preliminary approval of class action settlement [126] and motion for leave to file memorandum of law in excess of fifteen pages, instanter [128] are granted. Plaintiff to submit the filled Preliminary Approval Order to the Court's Proposed Order Inbox at Proposed_Order_Bucklo@ilnd.uscourts.gov. Status hearing set for 7/28/2025 at 9:45 a.m. (to track the case only, no appearance is required). The parties shall file a joint written status report by7/21/2025. The court will enter a scheduling order in response to the status report. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.